

FILED
2009 Aug-04  AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **MATTHEW M. STEARNS,** )   )   **Plaintiff,** )   )   **vs.** )   )   **ASSET RECOVERY GROUP,** )   )   **Defendant.** ) | **Case No. 5:09-cv-00371-CLS** |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of plaintiff for Judgment by Default in favor of plaintiff, and against defendant, Asset Recovery Group, a Corporation, pursuant to Rule 55(b), Federal Rules of Civil Procedure,[1] the court makes the following findings of fact and enters conclusions of law:

1. The Summons and Second Amended Complaint were served upon defendant, Asset Recovery Group, a Corporation, on March 2, 2009. Defendant has failed to appear, plead, or otherwise defend.

2. Asset Recovery Group, a Corporation, is a corporate entity with its principal place of business at the address of 2495 Main Street, Suite 317, Buffalo, New York.

3. A hearing will be held, on a date to be set by a subsequent Order, to determine

---

[1] *See* doc. no. 7 (motion for default judgment).

the amount of damages and other relief to be awarded to plaintiff from the aforementioned defendant.

A judgment by default on the issue of liability will be entered consistent with these Findings and Conclusions.

DONE and ORDERED this 4th day of August, 2009.

_____
United States District Judge