FILED
 2010 Apr-09 PM 02:52
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MATTHEW M. STEARNS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Civil Action No. 09-S-00371-NE |
| **ASSET RECOVERY GROUP,** | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is CONSIDERED, ORDERED and ADJUDGED that plaintiff, Matthew M. Stearns, have a recover from defendant, Asset Recovery Group, the sum of $1,000 in statutory damages, $5,000 in compensatory damages, $10,000 in punitive damages, and $2,135 in costs and attorney's fees, for a judgment in the total amount of Eighteen Thousand, One Hundred Thirty-Five and no/100th Dollars ($18,135.00). Interest shall accrue on the judgment at the prevailing legal rate per annum until paid in full.

It is further ORDERED that payment of the proceeds of the judgment and costs herein shall be made directly to the attorneys of record for the plaintiff, and upon receipt thereof, said attorneys shall satisfy the judgment on the records of this Court.

DONE and ORDERED this 9th day of April, 2010.

_____
United States District Judge